# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2013

### NO. 03-13-00573-CV

**Saffe Property & Casualty, LP, Appellant**

**v.**

**Serviceline Transport and PEK, Inc., Appellees**

## APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ROSE

**THIS DAY** came to be submitted to this Court the parties' agreed motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted. **IT IS THEREFORE** ordered that said motion is granted and that the appeal is dismissed. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below, and that this decision be certified below for observance.